UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_08/28/2020_

-------------------------------------------------------------X
  LUIGI GIROTTO,                                                   :
                                        :
                              Plaintiff,       :
                   -against-                              :
                                          :              20-CV-2241 (VEC)
                                          :
  LE FANION INC., a New York corporation,               :              ORDER
  d/b/a LE FANION-GREENWICH VILLAGE,               :
  and BROWNSTONE DEVELOPMENT                            :
  ASSOCIATES LLC, a New York limited liability   :
  company,                                                         :
                          Defendants.   :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 28, 2020, the parties appeared for a status conference; and

      WHEREAS Defendants have conceded liability in this matter and have indicated that

they intend to default;

      IT IS HEREBY ORDERED THAT the referral to mediation is CANCELLED.

      IT IS FURTHER ORDERED THAT Defendants' time to answer or otherwise respond to

the Complaint is **September 18, 2020**.

      IT IS FURTHER ORDERED THAT Plaintiff must seek a default judgment in

accordance with the undersigned's Individual Practices, no later than **October 2, 2020**, if

Defendants do not respond by the above deadline.  If Plaintiff fails to move by October 2, 2020,

the case may be dismissed for failure to prosecute.

**SO ORDERED.**

Date:  **August 28, 2020**                              _____
       **New York, NY**                                           **VALERIE CAPRONI**
                                  **United States District Judge**